# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

LAPHONSE AKILIO TREMANE YOUNG
Reg. # 07557-003                                                                                    PLAINTIFF

V.                                    2:05CV00034 JLH/HDY

LISANDRA MOORE, Correctional Officer,
FCI - Forrest City                                                                                     DEFENDANT

## ORDER

Defendant filed a Motion to Dismiss (docket entry #19) and a Brief in Support (docket entry #20) on June 28, 2005. In light of Plaintiff's *pro se* status, he will be granted thirty (30) days from the date of entry of this Order in which to respond to Defendant's Motion.

Plaintiff is reminded of Rule 5.5(c) (2) of the Rules of the United States District Court for the Eastern District of Arkansas which provides that, if any communication from the court to a *pro se* plaintiff is not responded to within thirty days, the Complaint may be dismissed without prejudice.

IT IS THEREFORE ORDERED that Plaintiff is granted thirty (30) days from the date of entry of this Order to file his Response to Defendant's Motions to Dismiss

DATED this  29  day of    July   , 2005.

_____
UNITED STATES MAGISTRATE JUDGE