**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

LAPHONSE AKILIO TREMANE YOUNG
Reg. # 07557-003                                                                                          PLAINTIFF

V.                                    2:05CV00034 JLH/HDY

LISANDRA MOORE, Correctional Officer,
FCI - Forrest City                                                                                         DEFENDANT

## ORDER

     Defendant filed a Motion to Dismiss (docket entry #19) and a Brief in Support (docket entry #20) on June 28, 2005.  Plaintiff has now filed a Motion (docket entry #25) in which he seeks an extension of time of sixty days in which to file his response.  Plaintiff's request will be GRANTED in part; Plaintiff's response to Defendant's Motion to Dismiss will be **due no later than September 12, 2005**.  Based on Defendant's response (docket entry #26) it is clear that Plaintiff has received a copy of the pending Motion and accompanying Brief.  The Clerk of the Court should provide to Plaintiff a copy of the docket sheet reflecting the status of his case.  No order directing Defendant to respond to Plaintiff's Complaint or granting Defendant leave to file her Motion to Dismiss is necessary in this case; therefore, Plaintiff's request for these is denied.

     IT IS SO ORDERED this __11___ day of ___August_____, 2005.

                                                             _____
                                                             UNITED STATES MAGISTRATE JUDGE